■ In the Matter of BARRY J. GRANDEAU, a Suspended Attorney, Admitted under the Name BARRY JAY GRANDEAU. — The above-named attorney has submitted to this court an affidavit dated April 1, 1982 in which he tenders his resignation as an attorney and counselor at law (see 22 NYCRR 691.9). Mr. Grandeau was admitted to practice by this court on October 19, 1955. By prior order of this court, dated May 13, 1982, he was suspended from the practice of law. In his affidavit he indicates that he is aware that there is pending an investigation into allegations that he has been guilty of misconduct as follows: failing to render an accounting to four different clients; in each of these cases collecting certain funds and failing to advise those clients of the status of each of their accounts; and failing to keep records as required by the rules of this court. This attorney has stated in his affidavit that his resignation is freely and voluntarily rendered; that he is not being subjected to coercion or duress; that he is fully aware of the implication of submitting his resignation; and he acknowledges that if a disciplinary proceeding was commenced against him based upon the afore-mentioned allegations of misconduct, he could not successfully defend himself on the merits of the charges. Under the circumstances herein, respondent's resignation as a member of the Bar is accepted and directed to be filed; and it is ordered that respondent be disbarred and his name struck from the roll of attorneys and counselors at law, effective forthwith. Mollen, P. J., Damiani, Lazer, Mangano and Gibbons, JJ., concur.

■ In the Matter of ARNOLD H. FASSLER, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Petitioner. — In a proceeding to discipline respondent, an attorney and counselor at law, for professional misconduct, the petitioner moves to refer the matter to a referee and for appointment of an attorney to take custody of respondent's files. Motion granted. The issues raised by the petition and the answer are referred to Herman Schwartz, Esq., 16 Court Street, Brooklyn, N. Y. 11241 (Room 3201), as special referee, to hear and to report, with his findings upon each of the issues. The hearing is to be expedited. Martin Siegelbaum, Esq., 26 Court Street, Brooklyn, N. Y. 11242, is appointed to take custody of the files of respondent, to inventory and review same and to take such action as is warranted to protect the interests of respondent's clients. Respondent's suspension from the practice of law, as directed in the order to show cause, dated March 31, 1982, continued until further order of this court. Mollen, P. J., Damiani, Titone, Lazer and Mangano, JJ., concur.

■ In the Matter of STANLEY MARTIN ISRAEL, Petitioner. — Application by petitioner to be reinstated to the Bar. Application granted; petitioner's name is ordered restored to the roll of attorneys and counselors at law, forthwith. Mollen, P. J., Damiani, Titone, Lazer and O'Connor, JJ., concur.